IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELENA BOSTON, JALISA RHODES, LUTISHA MARTINEZ, AND LANETTE WASHINGTON | ) ) ) ) CIVIL ACTION |
| Plaintiffs, | ) FILE NO. 1:23-CV-0752 ) ) |
| vs. | ) ) ) |
| MICAH SIERRA 'KATT' WILLIAMS, ET AL., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant Micah Sierra "Katt" Williams, by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and L.R. 56.1, respectfully submits this Motion for Summary Judgment wherein he contends that Plaintiffs' claims are time barred because they failed to act diligently in serving him prior to the expiration of the applicable Statute of Limitation and, therefore, he is entitled to judgment as a matter of law. Alternatively, Defendant contends that based upon Plaintiffs' factual admissions they cannot establish the necessary elements of their claims, including damages, and, therefore, he is entitled to judgment as a matter of law.

**BANKS WEAVER LLC** | 100 Peachtree Street, NW, Suite 2650
Atlanta, Georgia 30303

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order granting his Motion for Summary Judgment and dismissing Plaintiffs' Complaint for Damages in its entirety.

Respectfully submitted this 16th day of July, 2025.

                                               **BANKS WEAVER, LLC**

                                               */s/Gabe Banks*
                                               */s/ Payden Grizzle*
                                               Gabe Banks
                                               Georgia Bar No. 721945
                                               Tennessee Bar No. 021377
                                               Payden Grizzle
                                               Bar No. 270323
                                               *Attorneys for Defendant*

100 Peachtree Street, NW
Suite 2650
Atlanta, Georgia 30303
gabe@banksweaver.com
payden@banksweaver.com
phone: 404-891-9280
fax: 404-891-9283

## CERTIFICATE OF COMPLIANCE

This is to certify that pursuant to LR 5.1, the above document was prepared in Times New Roman 14-point font.

                                      BANKS WEAVER, LLC

                                      ***/s/Gabe Banks***
                                      ***/s/ Payden Grizzle***
                                      Gabe Banks
                                      Georgia Bar No. 721945
                                      Tennessee Bar No. 021377
                                      Payden Grizzle
                                      Bar No. 270323
                                      *Attorneys for Defendant*

100 Peachtree Street, NW
Suite 2650
Atlanta, Georgia 30303
gabe@banksweaver.com
payden@banksweaver.com
phone: 404-891-9280
fax: 404-891-9283

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Selena Boston, Jalisa Rhodes, Lutisha Martinez, and Lanette Washington<br><br>          Plaintiffs,<br>vs.<br><br><br>Micah Sierra 'Katt' Williams, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:23-CV-0752<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY to the Clerk of Court that on this day I have filed the foregoing **BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Court using the CM/ECF System. Notice of this filing will be sent to the below as indicated on the electronic filing receipt:

Loletha Denise Hale, Esq.
**HALE LAW FIRM P.C**.
PO Box 793
Jonesboro, GA 30237
678.610.0970
halelawfirmpc@yahoo.com

**BANKS WEAVER LLC ׀ 100 Peachtree Street, NW, Suite 2650**
**Atlanta, Georgia 30303**

Respectfully submitted this 16th day of July, 2025.

                                            BANKS WEAVER, LLC

                                            ***/s/Gabe Banks***
                                            ***/s/ Payden Grizzle***
                                            Gabe Banks
                                            Georgia Bar No. 721945
                                            Tennessee Bar No. 021377
                                            Payden Grizzle
                                            Bar No. 270323
                                            *Attorneys for Defendant*

100 Peachtree Street, NW
Suite 2650
Atlanta, Georgia 30303
gabe@banksweaver.com
payden@banksweaver.com
phone: 404-891-9280
fax: 404-891-9283