IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SELENA BOSTON, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>MICAH SIERRA KATT WILLIAMS, *et al.*,<br><br>　　Defendants. | CIVIL ACTION<br>NO. 1:23-cv-00752-WMR |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Out of Time Motions [Doc. 53], Motion to Compel Discovery [Doc. 54], and Motion to Determine Sufficiency of Discovery Responses [Doc. 55]. For the reasons that follow, all of the motions are DENIED.

Upon review of the record, the Court notes that the extended discovery period in this case ended on June 16, 2025, and the deadline for filing motions was July 16, 2025. [*See* Order *entered on April 4, 2025*]. No further motions to extend discovery were made and, consistent with the deadline for filing motions, Defendant Williams filed his motion for summary judgment on July 16, 2025.

In response to Defendant Williams' motion for summary judgment, Plaintiffs now seek leave to file discovery-related motions—specifically, motions challenging

1

the sufficiency of Defendant Williams' discovery responses and to compel discovery. However, Plaintiffs' have failed to show why granting leave to file out of time discovery-related motions is warranted, as they have long been aware of the alleged deficiencies in Defendant Williams' responses to discovery [*see* Doc. 54 at 3, ¶ 8] and the Court's July 16, 2025, deadline for filing motions. Furthermore, Plaintiffs have failed to show that they followed this Court's standing order regarding informal discovery resolution which required them to confer with Defendant Williams in a good faith effort to resolve the discovery dispute before filing their motions, nor did they advise the Court of the discovery dispute or seek this Court's approval before filing their motions regarding the dispute. [*See* Doc. 3 at 13–14, Section II b. iii.].

For the above reasons, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Out of Time Motions [Doc. 53], Motion to Compel Discovery [Doc. 54], and Motion to Determine Sufficiency of Discovery Responses [Doc. 55] are **DENIED**.

SO ORDERED, this 22nd day of July, 2025.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia