# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Selena Boston, Jalisa Rhode, Lutisha Martinez and Lanette Washington, | ) ) ) ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiffs, | ) ) | 1:23-CV-00752-WMR |
| v. | ) ) | |
| Micah Sierra (Katt) Williams, Tatiana Smith and John Does 1-15, | ) ) ) ) | |
| Defendants. | ) | |

## **DECLARATION OF LOLETHA DENISE HALE**

Personally appeared before the undersigned officer duly authorized to administer oaths, **LOLETHA DENISE HALE,** who after first being duly sworn, deposes and states as follows:

1.

I am over the age of majority and am laboring under no legal disabilities.

2.

I give this Declaration based upon my personal knowledge and facts contained herein for use in the above-styled matter.

EX. "E"

3.

I am the attorney of record for the named plaintiffs.

4.

Defendant Katt Williams is a celebrity comedian who, upon information and belief, was a resident of the State of Georgia at the time of the incident which is the subject of this case.

5.

Upon information and belief, Defendant Katt Williams and Tatiana Smith lived together along with another female believed to be the wife and/or partner of Katt Williams named Lena Jenkins Smith who was present at his deposition.

6.

At the time of the incident, Defendants were residents of Hall County, Georgia and resided at 3551 Lake Breeze Lane, Gainesville, Georgia.

7.

I believed this to be the Defendants' residence due to other incidents involving Defendants Katt Williams and Tatiana Smith that had taken place in the Hall County.

8.

The first incident took place on February 29, 2016 where Defendant Katt Williams was arrested and charged with physically attacked a store clerk in Gainesville, Georgia. (See attached Exhibit "A" – article titled "Katt Wiliams to Pay

Almost $87k in damages for 'outrageous publicity stunt' in Gainesville" dated March 8, 2017).

9.

The second incident was will Defendant Katt Williams was arrested and charged by Hall County Sheriff's Office on March 9, 2016 at his "Gainesville home" after he engaged in a physical fight with a 17 year old teen. (See attached Exhibit "B" – article titled "Katt Williams arrested again in Ga. for fighting teen" dated March 30, 2016).

10.

Another incident took place when Defendants Katt Williams and Tatiana Smith, along with Lena Smith were arrested in Hall County "at his home" and charged with aggravated assault, terroristic threats, false imprisonment and drug and weapon charges against his bodyguard, Corey Dixon. (See attached exhibit "C" – article titled "Katt Williams arrested again in Georgia, accused of threatening bodyguard").

11.

Defendant Katt Williams was subsequently banned from living and/or entering both Hall and Dawson counties.

12.

Upon information and belief, Defendant Katt Williams routinely purchased real property and other assets in the name of Lena Jenkins Smith or his corporation.

13.

According to public records, Lena Jenkins Smith purchased a home located at 5343 Legends Drive, Braselton, Gwinnett County, Georgia in the Chateau Elan gated community on or about May 28, 2021.

14.

In the first action, to wit: 1:22-CV-00261-WMR, plaintiffs attempted to serve Defendants at the Legends Drive address via Gwinnett County Sheriffs Office on January 26, 2021 and was informed by a female resident the Defendants no longer reside at said address. (See attached Exhibit "D" - GCSO "Sheriffs Entry of Service" for Tatiana Smith and Exhibit "E" - GCSO "Sheriffs Entry of Service for Micah Sierra Williams dated January 26, 2022).

15.

In the aforementioned Gwinnett County Sheriffs Entry of Service return, the deputy state "per new resident Def has moved over 4 mos. ago" for both Defendants.

16.

The cost for the Gwinnett County Sheriff's Office attempts was One Hundred Dollars ($100.00).

17.

As a result, plaintiffs retained the services of private process server, Muhsin Hassan. Process Server Hassan attempted to perfect service on the Defendants at the Legends Drive address on 1/31/22, 2/3/22 and 2/5/22. (See attached Exhibit "F" -Affidavit of Non-service for Tatiana Smith and Exhibit "G" - Affidavit of Non-service for Micah Sierra Williams dated February 8, 2022)

18.

Process server Hassan's Affidavit of Non-service states he was refused entry in the gated community by security.

19.

The costs for private Process Server Hassan attempts were Two Hundred Ninety-eight Dollars and Seventy-four cents ($298.74). (See attached Exhibit "H" - Emailed from Muhsin Hassan dated June 7, 2022).

20.

Defendant Katt Williams was on tour at different concerts venues throughout the United States where there existed a strong presence of his security detail which made it virtually impossible to have access to him for

purposes of service.

21.

As a result, plaintiffs motioned this Court for an Order to enlist the services of the U.S. Marshals Service. This Court entered its "Order For Process of Service by U.S. Marshal's Office" on February 9, 2022 in the previously filed Complaint. (See attached Exhibit "I" – Court order entered February 9, 2022).

22.

Said Order directed the U.S. Marshal's Office to attempt service on the Defendants "at the Legend Drive address, at the Altria Theatre concert venue located in Richmond Virginia at Defendant Katt Williams concert on February 11, 2022 and any other district within the United States."

23.

The U.S. Marshals Office attempted service on Defendant Katt Williams at his concert venue located at the Altria Theatre in Richmond, Virginia on February 11, 2022.

24.

The U.S. Marshall's office "Process Receipt and Return" states Defendant Katt Williams' "manager-head of security" Isaac Douglas was personally served on February 11, 2022. (See attached Exhibit "J" - Process

Receipt and Return dated 2/11/22).

25.

Plaintiffs attempted to serve Defendant Katt Williams at his concert venue located at the UNO Lakefront Arena located in New Orleans, LA and scheduled on February 18, 2022.

26.

The U.S. Marshall's office "Process Receipt and Return" states "returned see emailed response" dated 2/14/22. (See attached Exhibit "K" - Process Receipt and Return dated 2/14/22).

27.

The U.S. Marshall's office sent an email to his office on February 15, 2022 stating "[d]ue to various circumstances, to include an officer involved shooting, Mardi Gras security planning, etc. we will not be able to serve this process at the listed date/time. If the attorney has any other information that would allow this to be served during the day, we would be happy to accommodate." (See attached Exhibit "L" - Email message from USMS Andrew Conklin to USMS Tammy Gladney dated February 15, 2022).

28.

The U.S. Marshal's Office attempted service on Defendant Katt Williams at his concert venue located at the Simmons Bank Arena located in North Little

Rock, Arkansas on February 19, 2022. (See attached Exhibit "M" – Process

Receipt and Return for Micah Sierra Williams dated February 14, 2022

29.

The U.S. Marshall's office "Process Receipt and Return" states they

were"....unable to locate the individual............................ " For both Defendants.

30.

The U.S. Marshall's office sent an email to his office on February 22,

2022 stating "the process is going to be returned unexecuted" even after he

spoke with Defendant Katt Williams' head of security "Mr. Doug Isaac" prior

to his attempted service. (See attached Exhibit "N" - Email message from

Antonio Trillo Jr. to USMS Tammy Gladney dated February 22, 2022).

31.

The U.S. Marshal's Office attempted service on both Defendants Katt

Williams and Tatiana Smith at the Legends Drive, Gwinnett county address on

March 9, 2022. (See attached Exhibit "O" -Process Receipt and Return for

Tatiana Smith and Exhibit "P" -Process Receipt and Return for Micah Sierra

Williams dated March 23, 2022)

32.

The costs for attempts by the U.S. Marshall's office totaled Nine

Hundred Fifty Dollars ($950.00). (See attached Exhibit "Q" - copies of checks

made payable to U.S. Marshall's Office dated 2/4/2022 and 2/10/2022).

33.

Plaintiffs retained the services of private process server company,

Grindstone Process Servers. Grindstone Process Servers attempted to perfect

service on Defendant Katt Williams at his concert venue located at Colonial Life

Arena in Columbia, South Carolina on April 9, 2022. (See attached Exhibit "R" -

Affidavit of Non-Service dated April 11, 2022).

34.

Grindstone Process Servers Affidavit of Non-service states they "[c]ould

not reach area to get directly in front of Mr. Williams. Increased security at

event prevented both servers of getting within arm's reach of Mr. Williams.

Security put crown barrier fencing between seating area and stage. Attempted

to go around fencing and was stopped by security."

35.

He further stated the "other server attempted to reach other area[s] in

attempt to reach him from different location but were not allowed in the area"

and were "[s]topped by security and escorted out."

36.

The costs for private Grindstone Process Servers were six Hundred Forty-four Dollars ($716.00). (See attached Exhibit "S" – G r i n d s t o n e P r o c e s s   S e r v e r s   i n v o i c e   dated March 22, 2022).

37.

Plaintiffs filed the above-styled renewed action on February 17, 2023.

38.

Plaintiffs enlisted the assistance of a private individual to attend Defendant Katt Williams concert in Greenville, South Carolina held on February 18, 2023.

39.

Plaintiffs purchased front row premium seats at a cost of Four Hundred Ninety-nine Dollars and Thirty-five cents ($499.35). (See attached Exhibit "T" - Email ticket purchase confirmation dated February 8, 2023).

40.

Plaintiffs' private individual was prevented from serving Defendant Katt Williams for the very same reasons stated above by Grindstone Process Servers, heavy security. (See attached Exhibit "U" – C. Brown Proof of Service dated February 23, 2023)

41.

I also enlisted the assistance of private investigator Tim Huhn of TM Huhn & Associates Inc. for purposes of locating the current address for the Defendants. After several attempts, private investigator Huhn was unable to locate any current residential information for the defendants. This service cost the plaintiffs $400.00.

42.

I filed the above-styled renewal action and was met with the same or similar challenges as in the original action.

43.

Plaintiffs' private citizen server was prevented from serving Defendant Katt Williams for the very same reasons stated above by Grindstone Process Servers and the U.S. Marshals Office; basically, he was unreachable due to security.

44.

As of the date of this Declaration, plaintiffs have accrued approximately Two Thousand Nine Hundred Ninety-one Dollars and Forty-four cents ($2,991.44) in expenses in their attempts to serve the Defendants.

45.

Defendant Williams testified at his deposition he has been living "bi-coastal

for 16 years."

Executed this 5th day of August 2025.

DECLARANT:

_____
LOLETHA DENISE HALE, ESQ.
Georgia Bar No. 317523

# EXHIBIT
# A

Print This Article

# Katt Williams to pay almost $87K in damages for 'outrageous publicity stunt' in Gainesville

Hailey Van Parys
hvanparys@gainesvilletimes.com
770-718-3416
March 8, 2017

The man allegedly assaulted by comedian Micah "Katt" Williams in Gainesville last year was awarded $86,715 in damages in a civil case Wednesday.

Since the incident, Williams has been banned from Hall and Dawson counties and did not appear in court Wednesday morning.

In what Paul Love's attorney Caroline McGlamry called an "outrageous publicity stunt," Williams allegedly punched Love in the face and threw items at his head Feb. 29, 2016, inside Leslie's Pool Supplies in Gainesville.

"I didn't know what he was going to do, send in his goons, I didn't know," Love said.

He chose to sue for damages in hopes the hit to Williams' pocketbook would teach him a lesson, McGlamry said.

Love had a brain tumor removed two months prior to the incident. He was fearful the items thrown at him would "dislodge something up there."

To confirm nothing had damaged his brain, he was required to get an MRI scan and other medical care that totaled $6,500.

Love was also awarded punitive damages of $54,000. McGlamry said they calculated that number based off the earnings Williams could make off a sold-out show ($540,000) and took 10 percent of that.

State Court Judge B.E. Roberts also awarded Love $13,000 for emotional suffering, another $13,000 because he feared for his life with Williams' malicious intent and $215 in court costs.

When Williams entered the store, he began piling items on the floor in the aisles, demanding that Love retrieve the items and ring him up.

PLAINTIFF'S EXHIBIT
A

"It was really odd," Love said.

Love followed his orders and began ringing him up, but then Williams left the store.

"I thought maybe I was getting 'Punk'd,'" Love said.

"Punk'd" was a popular television series that featured celebrities getting pranked. Love had worked at Walgreens for 10 years previous to his employment at Leslie's and had experienced people coming in, filling up their carts and leaving.

Another customer came in to the store, so Love set Williams' items aside. When the comedian came back into the store 15 to 20 minutes later, he was "incensed," Love said. The defendant said Williams began hurling items at his head and accused him of being racist.

Williams came behind the counter where Love was and assumed a "fighting stance" and asked Love if he wanted to fight, then Williams allegedly punched Love in the jaw.

Love also said Williams took out a wad of cash, primarily $100 bills and began counting it off in front of him.

When Love tried to call 911, Williams hung up the landline phone two or three times. In the call played in court, Love can be heard asking Williams to stop throwing things at him.

"(Dealing with someone) so erratic, you don't know what's going to happen," Love said.

When police arrived, Williams lay facedown on the concrete outside with his hands behind his back.

http://www.gainesvilletimes.com/section/6/article/122300/

# EXHIBIT

# B


**USA TODAY**

**PEOPLE**                                        **Katt Williams**    Add Topic

# Katt Williams arrested again in Ga. for fighting teen

**Michael King** WXIA-TV, Atlanta
Updated March 30, 2016, 8:37 p.m. ET

GAINESVILLE, Ga. — Comedian Katt Williams was back in jail Wednesday and being held without bail following a new arrest, authorities said.

The 44-year-old comic, arrested at his Gainesville home, was charged with disorderly conduct for fighting Luke Wash, 17, at a suburban Atlanta apartment complex after a video of their brawl, shot late last week at a pickup soccer game, went viral, according to the Hall County Sheriff's Office.

Williams threw the first punch and then the high school wrestler pinned the older man to the ground. Wash, whom witnesses say provoked the fight with trash talk, also was arrested and is being charged with disorderly conduct as an adult in the case.

"They both played roles in this altercation," Gainesville Police Sgt. Kevin Holbrook told Atlanta's WSB-TV. "They both should have known better."

Williams had been doing community service in conjunction with a prior conviction and was playing soccer with children at a subsidized housing complex in Gainesville when the fight occurred.

**Need a break?** Play the USA TODAY Daily Crossword Puzzle.



Katt Williams facing charges for fight with Georgia teen

He had been out on a $60,000 bond following a March 9 arrest for threatening to kill his bodyguard. Wednesday's arrest was his fourth in a little more than a month.

His lawyer, Drew Findling, told USA TODAY that he does not expect the disorderly-conduct charge, a misdemeanor, to affect his other cases. Furthermore, he questions whether any charges would have been filed without the video.

"This was a social-media phenomenon that became a disorderly-conduct charge against both Katt and the young man," he said. "I've looked at all the video footage and you can clearly see a Gainesville police officer there. Nobody made a complaint that day. I interviewed the officer and all he observed was Katt on his best behavior."

Comedian Katt Williams makes bond in first court appearance

Findling said Williams was taking a breather after the four-hour event when he found "this kid hovering over him. It was so unfortunate and so unnecessary."

Video of the incident showed the teen following Williams then later confronted the man as he sat with his back against a brick wall. Others surrounded the two before the fight.

After the physical altercation began, the teen eventually wrestled Williams to the ground.

Williams is due in court Thursday.

*Contributing: Jayme Deerwester, USA TODAY. Follow Michael King on Twitter: @mhking*

# EXHIBIT
# C

Case 1:23-cv-00752-WMR    Document 57-6    Filed 08/05/23    Page 20 of 65

| $2,900 | $3,900 | $12,950 | $3,500 | $3,000 | $2,995 | $2,999 |

Print        Email        Facebook        Twitter        More    1.8K

# Katt Williams arrested again in Georgia, accused of threatening bodyguard

*Posted: Mar 08, 2016 8:45 PM EST*
*Updated: Apr 05, 2016 8:45 PM EDT*

By Rodney Harris    __CONNECT__
By Tyree Rush    __CONNECT__

HALL COUNTY, GA (CBS46) - Comedian Micah "Katt" Williams was arrested in Georgia for a second time in less than two weeks after allegedly threatening his bodyguard.

Police said they arrested Williams at his home Tuesday in Hall County, which is just northeast of Atlanta.

Police said Williams "and several of his associates did confine Corey Dixon (a bodyguard to Williams) after he did not engage in criminal activity as directed by Williams" on Feb 28.

Williams was also arrested on Feb. 29 for allegedly assaulting a clerk at a pool supply store.

Dixon was allegedly taken to Williams' house where police said he was assaulted with a bat and choked by 24-year-old Tatiana Smith.

Police said Dixon was also threatened by Williams during the incident, with the comedian allegedly threatening to kill Dixon.

Police said they executed a search warrant on Williams' house Tuesday and found marijuana and guns in the home. After finding the items, police said Williams, Tatiana Smith, and another woman in the home, Lena Smith, were taken to the Hall County Jail.

Williams was charged with aggravated assault, terroristic threats, false imprisonment and additional drug and weapons charges. The judge issued a $60,000 bond. Conditions of the bond include no drugs, alcohol or firearms.

Tatiana Smith was charged with aggravated assault, possession of marijuana and possession of Alprazolam. No bond was given to her.

Lena Smith was charged with possession of marijuana. Her bond was set at $5,000.

*Copyright 2016 WGCL-TV (Meredith Corporation). All rights reserved.*

Trending Articles

**Clayton County residents complain of foul tasting water**
Clayton County residents are fed up with foul smelling and tasting water.



# EXHIBIT

# D

Civil Action No. 1:22-CV-00261-CAP

Date Filed 1/25/2022

U.S. District Court ☑
Magistrate Court ☐
Superior Court ☐
State Court ☐
Georgia, Gwinnett County

Selena Bostin, Lutisha Martinez, Jalisa Rhodes and Lanette Washington

Plaintiff

VS.

Attorney's Address
Lolethia Denise Hale, Esq.
Post Office Box 743
Jonesboro, GA 30237

Name and Address of party to be served.

Tatiana L. Smith
5343 Legends Drive
Braselton, Gwinnett County,
GA 30517

Micah Sierra "Katt" Williams

Defendant

N/A

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐

Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☑

Diligent search made and defendant Tatiana Smith-cannot be located. Per new owner of Res. Def moved over 4 mos ago. not to be found in the jurisdiction of this Court.

This _____ 26 _____ day of Jan, 2022

J. Bowen

Deputy
SO 333
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

PLAINTIFF'S EXHIBIT
D
3PP

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00261-CAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   New owner of Res (4mos) has no knowledge   ; or
                                                of Defs.

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  1/26/22

X _____
            *Server's signature*

X   J. Bower   50333
            *Printed name and title*


X 75 Langley Dr. Lawrenceville, GA
            *Server's address*

Additional information regarding attempted service, etc:

Printed: 1/25/2022 4:25:28PM
By: djrhodes

Servee Count 1 of 2

# Gwinnett County Sheriff's Office
## Cover Sheet

**FOREIGN**

**Sheriff #:**     22002219

**Person Served:**  MICAH SIERRA "KATT" WILLIAMS
5343 LEGENDS DRIVE
BRASELTON GA 30517
PHONE:

## Process Information:

Date Received:     01/25/2022

Assigned Zone:     30517

Expiration Date:

Paper Types:       SUMMONS AND COMPLAINT

Notes/Alerts:

Court Case #:      1:22-CV-00261-CAP

Hearing Date:

**Notes:**
① 50353    1/26    11:70 AM    Non Est / Moved

# EXHIBIT

# E

Civil Action No. 1: 22-CV-00261-CAP

Date Filed 1/25/2022

U.S. District Court [X]

Magistrate Court ☐
Superior Court ☐
State Court ☐
**Georgia, Gwinnett County**

Sakena Boston, Lutisha Martinez,
Jalisa Rhodes and Lanette Washington,

VS.                                    Plaintiff

Attorney's Address

Loletha Denise Hale, ESG
Post Office Box 793
Jonesboro, GA 30237

Name and Address of party to be served.

Micah Sierra "Katt" Williams
5343 Legends Drive
Braselton, Gwinnett County,
GA 30517

Micah Sierra "Katt" Williams

Defendant

N/A

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☐
Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant Micah Sierra "Katt" Williams - cannot be located
not to be found in the jurisdiction of this Court.
Per New Res. Def has moved over 4 mos ago.

This 26 day of Jan, 20 22

_____ J. Bower
Deputy
50333
**Gwinnett County, Georgia**

Sheriff Docket_____ Page_____

WHITE: Clerk          CANARY: Plaintiff / Attorney          PINK: Defendant

SC-2 Rev.3.13

**PLAINTIFF'S EXHIBIT**
E
3PD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00261-CAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because New owner 4 mos has no knowledge or

❒ Other *(specify):* Of Defs.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  1/26/22

X _____
*Server's signature*

X  J. Bower          50333
*Printed name and title*

X 75 Langley Dr. Lawrenceville, GA
*Server's address*

Additional information regarding attempted service, etc:

## Gwinnett County Sheriff's Office
## Cover Sheet

**Sheriff #:**        22002219

FOREIGN

**Person Served:**   TATIANA L. SMITH
5343 LEGENDS DRIVE
BRASELTON GA 30517
PHONE:

### Process Information:

Date Received:       01/25/2022

Assigned Zone:       30517                    Court Case #:    1:22-CV-00261-CAP

Expiration Date:                              Hearing Date:

Paper Types:         SUMMONS AND COMPLAINT

Notes/Alerts:

**Notes:**

DS0333        1/26        11:12 AM        Non Ga/Moved

# EXHIBIT

# F

## AFFIDAVIT OF NON-SERVICE

**State of Georgia**                    **County of NORTHERN**              **United States District Court**
                                        **DISTRICT COURT OF GEO**                          **Court**

Case Number: 1:22-CVB-00261-CAP

Plaintiff: **SELENA BOSTON, JALISA RHODES, LUTISHA MARTINEZ, and LANETTE WASHINGTON**
vs.
Defendant: **MICAH SIERRA "KATT" WILLIAMS, TATIANA SMITH and JOHN DOE 1-15**

For:
LOLETHA HALE
HALE LAW FIRM P.C.
POST OFFICE BOX 793
JONESBORO, GA 30237

Received these papers on the 30th day of January, 2022 at 4:00 pm to be served on **TATIANA L. SMITH, 5343 LEGENDS DRIVE, BRASELTON, GA 30517**.

I, MUHSIN HASSAN, being duly sworn, depose and say that on the **8th day of February, 2022** at **5:00 pm, I**:

**NON-SERVED** the **SUMMONS IN A CIVIL CASE, AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF SERVICE**. After due search, careful inquiry and diligent attempts was unable to serve on **TATIANA L. SMITH** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/31/2022  3:00 pm  Attempted Service. COULD NOT GET THOROUGH THE BACK GATE TO THE NEIGHBORHOOD
2/3/2022  10:00 am  I ARRIVED AT THE SECURITY GATE AND THE SECURITY WOULD NOT LET ME INSIDE THE GATE. THE SECURITY ALSO TOLD ME THAT THE DEFENDANTS DOES NOT LIVE THERE.
2/5/2022  7:30 am  I ARRIVED AT THE SECURITY GATE TO ATTEMPT TO SERVICE DEFENDANT. THIS TIME I BOUGHT A GWINNETT COUNTY ORDER SHOWING THAT I CAN SERVE IN GWINNETT COUNTY AND I ALSO TOLD THE SECURITY THAT LENA JENKINS SMITH WAS THE OWNER OF THE HOUSE AND THEY STILL WOULD NOT LET ME IN. I TRIED TO GO THROUGH THE BACK GATE BUT WAS NOT SUCCESFUL.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the
8th day of February , 2022

_____
**MUHSIN HASSAN**
Process Server

NOTARY PUBLIC

Our Job Serial Number: SBH-2022000058

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

RASHEEDAH JENKINS
MY COMMISSION EXPIRES
MAY
23
2025
CLAYTON COUNTY
NOTARY PUBLIC

**PLAINTIFF'S EXHIBIT**
F

# EXHIBIT
# G

## AFFIDAVIT OF NON-SERVICE

**State of Georgia**                 **County of NORTHERN**          **United States District Court**
                                        **DISTRICT COURT OF GEO**                        **Court**

Case Number: 1:22-CVB-00261-CAP

Plaintiff: **SELENA BOSTON, JALISA RHODES, LUTISHA MARTINEZ, and LANETTE WASHINGTON**
vs.
Defendant: **MICAH SIERRA "KATT" WILLIAMS, TATIANA SMITH and JOHN DOE 1-15**

For:
LOLETHA HALE
HALE LAW FIRM P.C.
POST OFFICE BOX 793
JONESBORO, GA 30237

Received these papers on the 30th day of January, 2022 at 4:00 pm to be served on **MICAH SIERRA "KATT" WILLIAMS, 5343 LEGENDS DRIVE, BRASELTON, GA 30517**.

I, MUHSIN HASSAN, being duly sworn, depose and say that on the **8th day of February, 2022** at **5:00 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL CASE, AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF SERVICE.** After due search, careful inquiry and diligent attempts was unable to serve on **MICAH SIERRA "KATT" WILLIAMS** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/31/2022  3:00 pm  Attempted Service. COULD NOT GET THOROUGH THE BACK GATE TO THE NEIGHBORHOOD.
2/3/2022  10:00 am  I ARRIVED AT THE SECURITY GATE AND THE SECURITY WOULD NOT LET ME INSIDE THE GATE. THE SECURITY ALSO TOLD ME THAT THE DEFENDANTS DOES NOT LIVE THERE.
2/5/2022  7:30 am  I ARRIVED AT THE SECURITY GATE TO ATTEMPT TO SERVICE DEFENDANT. THIS TIME I BOUGHT A GWINNETT COUNTY ORDER SHOWING THAT I CAN SERVE IN GWINNETT COUNTY AND I ALSO TOLD THE SECURITY THAT LENA JENKINS SMITH WAS THE OWNER OF THE HOUSE AND THEY STILL WOULD NOT LET ME IN. I TRIED TO GO THROUGH THE BACK GATE BUT WAS NOT SUCCESFUL.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server. in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the
6th day of February , 2022

_____
**MUHSIN HASSAN**
Process Server

_____
NOTARY PUBLIC

Our Job Serial Number: SBH-2022000057

*[Notary seal: RASHEEDAH JENKINS, MY COMMISSION EXPIRES, MAY 23 2025, CLAYTON COUNTY, NOTARY PUBLIC]*

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c


PLAINTIFF'S EXHIBIT
G

# EXHIBIT
# H

## Katt Williams

From: Muhsin Hassan (moneypro01@gmail.com)

To: halelawfirmpc@yahoo.com

Date: Tuesday, June 7, 2022 at 05:58 PM EDT

Good afternoon, this email is in regards to the text message that was sent to me on June 3rd.

My understanding is that you are trying to receive a refund for the ticket that was purchased so that Katt Williams can be served in Birmingham while he was on stage on January 15, 2022.

I purchased the tickets and insurance from Ticket Master (See attached) on January 12, 2022. I was reimbursed for the purchase of the ticket on January 13, 2022. The tickets were $298.74. I received a reimbursement of $285.00 (See attached).

On January 14, 2022, I received the complaint without a Summons. I sent an email back requesting for the Summons since you cannot serve a complaint without a Summons and I was told that the Summons was not filed yet and that I was not going to be able to serve the complaint. I was not able to perfect the service. I did not receive the Summons until January 30, 2022 so I did not go to Birmingham to serve. (See attached).

I started attempting to serve him at his house on January 31, 2022 and have attempted several times. I emailed you the affidavits and invoices for those attempts. The $90 for attempts were never paid. (See attached)

Please let me know if your text message regarding the arrest affidavit reflects my inability to serve Katt Williams because of the missing Summons to accompany the Complaint and because ticket Master will not issue a refund without one of the allowed exceptions.

Screenshot_20220603-221958_Chrome.jpg
149.2kB

Screenshot_20220603-222017_Chrome.jpg
113.2kB

Screenshot_20220603-223051.jpg
225.1kB

Screenshot_20220603-223103.jpg
233.5kB

Screenshot_20220603-223124.jpg
232.2kB

Screenshot_20220607-153148_Gmail.jpg
248.3kB

Screenshot_20220607-153252_Gmail.jpg
291.2kB

Screenshot_20220607-153319_Xodo Docs.jpg
277.5kB

Screenshot_20220607-153215_Gmail.jpg
330.4kB



PLAINTIFF'S EXHIBIT

# EXHIBIT
# I

# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Selena Boston, Jalisa Rhodes,          )
Lutisha Martinez, and Lanette Washington,  )
                                       )        **CIVIL FILE ACTION NO**.
    Plaintiffs,                )          1:22-CV-00261
v.                                     )
                                       )
Micah Sierra 'Katt' Williams, Tatiana  )
Smith and John Doe 1-15,               )
                                       )
    Defendant.                 )

## ORDER FOR PROCESS OF SERVICE BY U.S. MARSHAL'S OFFICE

Plaintiffs' *Motion for Order For Service of Process by U.S. Marshal's Office [Doc 10]* having been read and considered; and it appearing to this Court serving the Defendants in the above-styled case with process, more particularly, Micah Sierra "Katt" Williams, presents a unique set of challenges due to the nature of Defendants' profession, including but not limited to, Defendant Katt Williams currently being on tour at different concerts venues throughout the United States, and the Defendant routinely traveling with a strong presence of security which also limits access to the Defendant for service purposes, Plaintiffs' motion [Doc 10] is hereby GRANTED,

IT IS THEREFORE ORDERED the United States Marshal's Office is hereby directed to (1) serve the Defendants at their last known address located at 5343 Legends Drive, Braselton, Gwinnett County, Georgia, (2) serve Defendant Katt Williams at the Altria Theater located at 6 North Laurel Street, Richmond, Virginia, Eastern District of Virginia where Defendant Katt Williams is scheduled to perform on February 11, 2022 at 8:00 p.m., or (3) serve the Defendants in any other district within the United States where the Defendant may be located.

SO ORDERED this the 9th day of February 2022.

Prepared and presented by:
Loletha Denise Hale, Esq.
HALE LAW FIRM P.C.
Post Office Box 793
Jonesboro, Georgia  30237
Ph: 678-610-0970
halelawfirmpc@yahoo.com

William M. Pay II
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

# EXHIBIT

# J

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES AND LANETTE WASHING | COURT CASE NUMBER 1:22-CV-00261 |
|---|---|
| DEFENDANT MICAH SIERRA "KATT" WILLIAMS | TYPE OF PROCESS CIVIL |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Micah Sierra "Katt" Williams |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) MICAH SIERRA "KATT" WILLIAMS, Altria Theater, 6 N. Laurel Street, Richmond, VA 23220 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Loletha Denise Hale, Esq. HALE LAW FIRM P.C. POST OFFICE BOX 793 JONESBORO, GEORGIA 30236 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 2 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DEFENDANT WILL BE IN CONCERT AT THE ALTRIA THEATRE SCHEDULED TO BEGIN AT 8:00 P.M. TIME IS OF THE ESSENCE.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 678-984-7154 | DATE 2/4/2022 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 10f3 | District of Origin No. 19 | District to Serve No. 83 | Signature of Authorized USMS Deputy or Clerk Tammy S. Dabney | Date 2/10/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) DOUGLAS ISAAC. /MANAGER-HEAD OF SECURITY | Date 2-11-2022 | Time 1300 ☐ am ☐ pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy 4785 | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

$ 65.00 Service fee
$ 1.17 mileage
$ 8.00 forwarding fee



PLAINTIFF'S EXHIBIT
J
200

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-00261-CAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MICAH SIERRA "KATT" WILLIAMS.
was received by me on *(date)*  2-10-2022   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   ISACC DOUGLAS.   , who is
designated by law to accept service of process on behalf of *(name of organization)*
MANAGER  HEAD  OF SECURITY   on *(date)*  2-11-2022  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  73.—  for travel and $  1.17 .  for services, for a total of $  74.17
                                                                            0.00   .

I declare under penalty of perjury that this information is true.


Date:  2-11-2022

_____
Server's signature

ARRON RHOBARDER   NUSU
Printed name and title


701 E. BORO ST. RICHMOND VA.
Server's address


Additional information regarding attempted service, etc:

# EXHIBIT
# K

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES AND LANETTE WASHING( | 1:22-CV-00261 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICAH SIERRA "KATT" WILLIAMS | CIVIL |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICAH SIERRA "KATT" WILLIAMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
UNO Lakefront Arena, 6801 Franklin Ave., New Orleans, LA 70122 on 2/18/22 @ 8:00 p.m.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Loletha Denise Hale, Esq.
HALE LAW FIRM P.C.
POST OFFICE 793
JONESBORO, GEORGIA 30236

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendant Williams MUST be personally served at UNO Lakefront Arena on 2/18/22 @ 8:00 p.m. and NOONE can accept service on Defendant Williams' behalf unless he provides a video recording mentioning the serving U.S. Marshall's name who is attempting serivce AND the individual he is authorizing to accept service on his behalf that can be presented in federal court as evidence and proof of service.

Signature of Attorney other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 678-984-7154 | 2/14/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 485 | No. A19 | No. 35 | Tammy J. Shedney | 2/14/2022 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Returned  See emailed response



PLAINTIFF'S
EXHIBIT
K

Form USM-285
Rev. 03/21

# EXHIBIT

# L

| | |
|---|---|
| **From:** | Conklin, Andrew (USMS) |
| **To:** | Gladney, Tammy (USMS) |
| **Cc:** | Varley, Elizabeth (USMS); Ingraham, Nicolas (USMS) |
| **Subject:** | FW: SOP forwarded to your district |
| **Date:** | Tuesday, February 15, 2022 3:54:05 PM |
| **Attachments:** | USM285-ELA.pdf |
| | image001.png |
| | Summons.pdf |

Tammy,

Due to various circumstances, to include an officer involved shooting, Mardi Gras security planning, etc, we will not be able to serve this process at the listed date/time. If the attorney has any other information that would allow this to be served during the day, we would be happy to accommodate. Thanks.

Andrew Conklin
Supervisory Deputy U.S. Marshal
Eastern District of Louisiana
(504) 322-6158

**From:** Varley, Elizabeth (USMS) <EVarley@usms.doj.gov>
**Sent:** Tuesday, February 15, 2022 2:38 PM
**To:** Conklin, Andrew (USMS) <AConklin@usms.doj.gov>
**Subject:** FW: SOP forwarded to your district

**From:** Gladney, Tammy (USMS) <TGladney@usms.doj.gov>
**Sent:** Tuesday, February 15, 2022 10:46 AM
**To:** Varley, Elizabeth (USMS) <EVarley@usms.doj.gov>
**Cc:** NGA ADMIN AO <NADMIN AO@usms.doj.gov>
**Subject:** SOP forwarded to your district

Hello,

I have forwarded the attached SOP to your district. Please see the USM285 special instructions received. Thanks.

*V/r,*

*Tammy J. Gladney*

**Financial Specialist**
**U.S. Marshals Service**
**Administrative Division / D19**
☎ OFFICE: 404.331.5040



# EXHIBIT
# M

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES AND LANETTE WASHING( | 1:22-CV-00261 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICAH SIERRA "KATT" WILLIAMS | CIVIL |

**SERVE { AT {**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICAH SIERRA "KATT" WILLIAMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Simmons Bank Arena, 1 Simmons Bank Arena Dr., North Little Rock, AR 72114 on 2/19/22 @ 8:00 p.m.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Loletha Denise Hale, Esq.<br>HALE LAW FIRM P.C.<br>POST OFFICE 793<br>JONESBORO, GEORGIA 30236 | Number of process to be served with this Form 285 — **1** |
| | Number of parties to be served in this case — **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Defendant Williams MUST be personally served at Simmons Bank Arena on 2/19/22 where he is performing @ 8:00 p.m. and NOØNE can accept service on Defendant Williams' behalf unless he provides a video recording mentioning the serving U.S. Marshall's name who is attempting serivce AND the individual he is authorizing to accept service on his behalf that can be presented to a District Court judge in federal court as evidence and proof of service.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 678-984-7154 | 2/14/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 of 5 | A-19 | 9 | Tammy J. Gladney | 2/14/2022 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | | Signature of U.S. Marshal or Deputy | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Returned unexecuted
$0



PLAINTIFF'S EXHIBIT
M
200

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00261-CAP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Micah Sierra Williams

was received by me on *(date)*    2-15-22

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)* .    _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____ ; or

☒ I returned the summons unexecuted because    unable to locate/access to subject ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   2-22-22

_____
*Server's signature*

DUSM  Antonio Trillo
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT

# N

## Gladney, Tammy (USMS)

| | |
|---|---|
| **From:** | Trillo Jr, Antonio (USMS) |
| **Sent:** | Tuesday, February 22, 2022 12:25 PM |
| **To:** | Gladney, Tammy (USMS) |
| **Subject:** | FW: SOP forwarded to your district |
| **Attachments:** | USM285-EAR.pdf; Summons.pdf |
| | |
| **Importance:** | High |

Ma'am,

    As a heads up, this process is going to be returned unexecuted. I attempted to get in contact with Mr. Williams various times throughout the week without success. I did get into contact early this week with his head of security, Mr. Doug Issac, who passed on my information to Mr. Williams so he could reach out to me. I informed Mr. Issac that I would be willing to meet with Mr. Williams anytime, anywhere to serve him this process. I never heard back from Mr. Williams, and upon arrival to the Simmons Bank Arena, I was told by the stadium security I had to purchase a ticket to Mr. Williams' show in order to enter. If I entered, they were also instructed by Mr. Williams security team to take photos of me and attach security to me to escort me wherever I went. I attempted to get a hold of Mr. Williams head of security once I arrived at the stadium, but I was ignored. If you have any questions, please call me at 501-993-0568.


Thanks.

**From:** Nannen, Melissa (USMS) <MNannen@usms.doj.gov>
**Sent:** Tuesday, February 15, 2022 3:02 PM
**To:** Trillo Jr, Antonio (USMS) <ATrillo@usms.doj.gov>
**Cc:** Sanders, Kevin (USMS) <KSanders@usms.doj.gov>
**Subject:** FW: SOP forwarded to your district
**Importance:** High


Hey Tony- I wanted to make sure you noticed the "special" instructions indicated on the 285.. just fyi.

Thanks.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addr All Telephone Numbers, and Estimated Times Available for Service):*
Defendant Williams MUST be personally served at Simmons Bank Arena on 2/19/22 where he is performing @ NOØNE can accept service on Defendant Williams' behalf unless he provides a video recording mentioning the Marshall's name who is attempting serivce AND the individual he is authorizing to accept service on his behalf presented to a District Court judge in federal court as evidence and proof of service.

~Melissa

    **From:** Sanders, Kevin (USMS) <KSanders@usms.doj.gov>
    **Sent:** Tuesday, February 15, 2022 12:22 PM
    **To:** Nannen, Melissa (USMS) <MNannen@usms.doj.gov>
    **Cc:** Chappell, Debra (USMS) <DChappell@usms.doj.gov>; Trillo Jr, Antonio (USMS) <ATrillo@usms.doj.gov>
    **Subject:** FW: SOP forwarded to your district
    **Importance:** High

PLAINTIFF'S EXHIBIT

# EXHIBIT

# O





PLAINTIFF'S
EXHIBIT



HALE LAW FIRM, P.C.
POST OFFICE BOX 793   678-610-0970
JONESBORO, GA 30237

3388

Pay to the order of: United States Marshal's Office

Two Hundred Dollars

For: Process; Boston, et al v. Katt Williams

1:23-cv-00252

$200.00

Date 2/4/2022

# EXHIBIT

# P

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES AND LANETTE WASHING( | 1:22-CV-00261 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TATIANA L. SMITH | CIVIL |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT { | TATIANA L. SMITH |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 5343 LEGENDS DRIVE, GWINNETT COUNTY, GEORGIA 30517 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Loletha Denise Hale, Esq.<br>HALE LAW FIRM P.C.<br>POST OFFICE 793<br>JONESBORO, GEORGIA 30236 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 678-984-7154 | 2/10/2022 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 3 | 19 | 19 | *Jammy J. Dladng* | 2/10/2022 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☒ am ☐ pm |
|---|---|---|---|---|
| | | 03/23/22 | 10:05 | |
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

3/9/2022 Endeavor ( 1 )
65 x 3hrs = $195.00
96 miles x .585 = $56.16



PLAINTIFF'S EXHIBIT

Form USM-285
Rev. 03/21

# EXHIBIT
# Q

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES AND LANETTE WASHING | 1:22-CV-00261 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICAH SIERRA "KATT" WILLIAMS | CIVIL |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICAH SIERRA "KATT" WILLIAMS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5343 LEGENDS DRIVE, GWINNETT COUNTY, GEORGIA 30517

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Loletha Denise Hale, Esq.<br>HALE LAW FIRM P.C.<br>POST OFFICE 793<br>JONESBORO, GEORGIA 30236 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>678-984-7154 | DATE<br>2/10/2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>2 of 3 | District of Origin No. 19 | District to Serve No. 19 | Signature of Authorized USMS Deputy or Clerk<br>*Tammy J. Gladney* | Date<br>2/10/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | Date<br>05/23/22 | Time<br>10:05 | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address (*complete only different than shown above*) | | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

3/9/2022 Endeavor (1)
65 X 3 hrs = $195.00
96 miles X .585 = $56.16



PLAINTIFF'S EXHIBIT

Form USM-285
Rev. 03/21

# EXHIBIT R

| Case:<br>1:22-cv-<br>00261-CAP | Court:<br>UNITED STATES DISTRICT COURT For the Middle<br>District of Georgia | County:<br>, GA | Job:<br>6847471 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SALENA BOSTON, LUTISHA MARTINEZ, JALISA RHODES and<br>LANETTE WASHINGTON | | Defendant / Respondent:<br>MICAH SIERRA "KATr WILLIAMS, TATIANA SMITH and JOHN DOE 1-<br>15 | |
| Received by:<br>Grindstone Process Servers | | For:<br>Hale Law Firm P.C. | |
| To be served upon:<br>Kat Williams | | | |

I, Naquya Arthur, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Kat Williams, Colonial Life Arena: 801 Lincoln St, Columbia, SC 29201

Manner of Service:   Unsuccessful Attempt

Documents:    Complaint for Damages ,civil cover sheet, Summons and proof of service (Received Mar 22, 2022 at 6:00pm EDT)

Additional Comments:

1) Unsuccessful Attempt: Apr 9, 2022, 12:14 pm EDT at Colonial Life Arena: 801 Lincoln St, Columbia, SC 29201

Could not reach area to get directly Infront of Mr. Williams. Increased security at event prevented both servers of getting within arm's reach of Mr. Williams. Security put crowd barrier fencing between seating area and stage, Attempted to go around fencing and was stopped by security. Security were pacing in front of stage from one side to other during entirety of Mr. Williams performance. . Oher server attempted to reach other area in attempt to reach him from different location but were not allowed in area. Stopped by security and escorted out. Cost of KattWilliams Tickets $644

Naquya Arthur _____  Date 4/11/22

Grindstone Process Servers
37 Arborland Court
Columbia, SC 29212
8032128831

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public _____

Date 4/11/22    Commission Expires February 26, 2024

KAREN O. REID
COMMISSION EXPIRES
FEB. 26, 2026
NOTARY PUBLIC
SOUTH CAROLINA

PLAINTIFF'S
EXHIBIT
R

# EXHIBIT

# S

**Grindstone Process Servers**
37 Arborland Court
Columbia, SC 29212

INVOICE: **6847471**
Issued:   Mar 22, 2022

**Hale Law Firm P.C.**
Loletha Hale
Post Office Box 793
Jonesboro, GA 30237

| PAY TO: |
| --- |
| **Grindstone Process Servers** |
| **37 Arborland Court** |
| **Columbia, SC 29212** |

| Case: | Plaintiff / Petitioner: |
| --- | --- |
| Job:   6847471 | Defendant / Respondent: |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| SOP | Service of Process. 1st attempt within 48 hours/ 801 Lincoln St Columbia, SC 29201 | $105.00 | 1 | $105.00 |
| Standard SOP | Service of Process 1st attempt within 72 hours/801 Lincoln St Columbia, SC 29201 | $105.00 | 1 | $105.00 |
| Special Event SOP | Purchase of tickets for event $253 per server Two servers | $253.00 | 2 | $506.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.

| | |
| --- | --- |
| Total: | $716.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$716.00** |

Grindstone Process Servers  ·  37 Arborland Court, Columbia, SC 29212

Call: 8032128831  ·  Fax: 8038289015  ·  Email: agrindstone@yahoo.com

# EXHIBIT T

Subject: Fwd: You Got Tickets To Katt Williams: 2023 And Me Tour
Date: Feb 8, 2023 at 6:35:43 PM
To: Hale Law Firm P.C halelawfirmpc@gmail.com

---------- Forwarded message ---------
From: **Ticketmaster**
<customer_support@email.ticketmaster.com>
Date: Wed, Feb 8, 2023, 6:32 PM
Subject: You Got Tickets To Katt Williams: 2023 And Me Tour
To: <



**ticketmaster**                              ⊛ My Account

# You Got the Tickets

Order #

### Katt Williams: 2023 And Me Tour

📅 Sat · Feb 18, 2023 · 8:00 PM

📍 Bon Secours Wellness Arena —
Greenville, South Carolina
**Get Directions**



🎟 Sec , Row , Seat

[ View Mobile Ticket ]

**Important Information**



PLAINTIFF'S
EXHIBIT

2P0

**Payment Method**
VISA — 1699

Total: $499.35

 **Go Mobile:** Your phone's your ticket. Locate your tickets in your account - or in your app. When you go mobile, your tickets will not be emailed to you or available for print.

 **Your Tickets are Now Protected.**
Thank you for adding Event Ticket Insurance to your order. You will be billed $33.70 separately by Allianz Global Assistance. You will receive a confirmation email from Allianz Global Assistance containing your insurance policy number. If you do not receive the email, or if you have questions regarding your insurance, please contact Allianz Global Assistance directly at eventservice@allianzassistance.com, or call 1-800-424-3396.

Please note: for any other ticket-related issues, please continue to contact Ticketmaster Fan Support.

## Things to Know

Manage Your Account                                                          ›

For more information visit our Help Center







Stay Connected

Ticketmaster  |  About  |  Terms of Use  |  Privacy  |  International

1000 Corporate Landing Charleston, WV 25311
© 2023 Ticketmaster. All rights reserved.

# EXHIBIT
# U

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Micah Williams**

was received by me on *(date)*  **2/18/23** .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  **unable to reach**  ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ **499.**<sup></sup>**35** for services, for a total of $ **50**0.00 .

I declare under penalty of perjury that this information is true.

Date: **2/23/23**

_____
Server's signature

_____
Printed name and title

_____
**Durham, NC**
Server's address

Additional information regarding attempted service, etc:

