IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Selena Boston, Jalisa Rhodes, Lutisha Martinez, and Lanette Washington, <br><br> Plaintiffs, <br> v. <br><br> Micah Sierra 'Katt' Williams, Tatiana Smith and John Doe 1-15, <br><br> Defendants. | CIVIL FILE ACTION NO. <br> 1:23-CV-00752-WMR |

## EMERGENCY MOTION FOR CONTINUANCE

COMES NOW Salena Boston, Jalisa Rhodes, Lutisha Martinez and Lanette Washington, plaintiffs in the above-styled matter, by and through the undersigned, and files this Emergency Motion For Continuance and state as follows:

1.

A hearing is currently scheduled to be held before this Honorable Court on September 29, 2025 at 1:30 a.m. relating to a Rule 11(b)(2) Show Cause Rule Nisi issued by this Court.

2.

Plaintiffs filed a motion to recuse on September 12, 2025 and respectfully motioned for the recusal of The Honorable Judge William M. Ray, II from further presiding over this matter, pursuant to 28 U.S.C. § 455(a).

3.

In said motion, plaintiffs also requested further litigation be stayed pending a proper resolution or appeal of the motion to recuse or disqualify U.S. District Judge William R. Ray II as the presiding judicial officer.

4.

This motion is not filed for purposes of harassment or delay.

For the foregoing reasons, plaintiffs request this Court grant a continuance of this matter.

Respectfully submitted this the  22nd  day of September 2025.

**HALE LAW FIRM, P.C.**

 /s/Loletha Denise Hale
Loletha Denise Hale, Esq.
Georgia Bar No.  317523
Post Office Box 793
Jonesboro, Georgia  30237
Ph: 678.610.0970
halelawfirmpc@yahoo.com

**LR 5.1 CERTIFICATION**

The above-signed counsel certifies that this document has been prepared with 14 point Times New Roman Font.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFFS' EMERGENCY MOTION FOR CONTINUANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

Gabe Banks, Esq.
100 Peachtree Street NW| Suite 260
Atlanta, GA 30303

This the  22nd  day of September 2025.

**HALE LAW FIRM, P.C.**

 /s/Loletha Denise Hale
Loletha Denise Hale, Esq.
Georgia Bar No.  317523
Post Office Box 793
Jonesboro, Georgia  30237
Ph: 678.610.0970
halelawfirmpc@yahoo.com