# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-00752-WMR
### Boston et al v. Williams et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 09/29/2025.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:15 P.M.     COURT REPORTER: Geraldine Glover
TIME IN COURT: 00:45                DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Loletha Hale representing Jalisa Rhodes<br>Loletha Hale representing Lanette Washington<br>Loletha Hale representing Lutisha Martinez<br>Loletha Hale representing Selena Boston |
| PROCEEDING CATEGORY: | Show Cause Hearing(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court addressed violating Rule 11(b)(2). Written Order to follow. |