UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Selena Boston et al,<br>      Plaintiff(s),<br><br>vs.<br><br>Micah Sierra Katt Williams,<br>Titiana Smith,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:23-cv-00752-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendant Williams's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and adjudged** that the plaintiff take nothing; that the defendant Williams recover its costs of this action; and with Defendant Smith having not been served, the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 7th day of November, 2025.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                      By:  s/D. Burkhalter
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 7, 2025
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
      Deputy Clerk